## New Mt. Calvary Baptist Church *v.* Drayton, Appellant.

Argued November 15, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Seymore H. Johnson, Jr.,* for appellant.

*Ben W. Ingber,* for appellee.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed; costs on appellee.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.